**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: April 21, 2010**



Charles M. Caldwell
United States Bankruptcy Judge

_____

BK1002834
TJK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 09-55646 |
| Mark Anthony Thomas<br>Tina Darnell Thomas | Chapter 7 |
| | Judge Caldwell |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #47) FOR PROPERTY LOCATED AT (6642 MAPLE PARK WAY, GALLOWAY, OH 43119)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A., successor by merger to The Leader Mortgage Company, LLC, successor by merger to The Leader Mortgage Company on March 25, 2010 as document number 47. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located

at 6642 Maple Park Way Galloway, OH 43119.

**IT IS THEREFORE ORDERED:**

1.  The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
Bar Registration No.0083298
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

###